**Fill in this information to identify the case:**

Debtor 1    Edward Steven Mebs, II a/k/a II Edward Steven Mebs a/k/a II Edward Mebs

a/k/a Edward Mebs a/k/a Edward S. Mebs a/k/a Edward Steven Mebs

Debtor 2    Bruna Trotte Portella Mebs
            (Spouse, if filing)

United States Bankruptcy Court for the Eastern District of Pennsylvania
                                                                (State)

Case number:  20-14059-PMM

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Court Claim No.** (if known): 12

**Last four digits** of any number you use to identify the debtor's account:    4558

**Date of Payment Change:**    November 1, 2021
Must be at least 21 days after date of this notice.

**New total payment:**    $1,792.80
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---------|-----------------------------------|

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

_____

Current escrow payment:  $530.81          New escrow payment: $536.93

| Part 2: | Mortgage Payment Adjustment |
|---------|------------------------------|

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate:                              New interest rate:

Current principal and interest payment:            New principal and interest payment:

| Part 3: | Other Payment Change |
|---------|----------------------|

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*
        Reason for change: _____

Current mortgage payment:                          New mortgage payment:

Debtor 1    Case 20-14059-pmm    Edward II E. Doc Steven a-09/d20/21   Mebs Entered a/o/9/20/21  14:08:17   Desc Main
First Name      Middle Name      Document     Page 2 of 3

Mebs a/k/a Edward S. Mebs a/k/a Edward Steven Mebs
First Name           Middle Name         Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/ Kristen D. Little             Date:   September 20, 2021
     Signature

**Print:**    Christopher A. DeNardo 78447
         Kristen D. Little 79992          Title   Attorney
         First Name     Middle Name     Last Name

Company    LOGS Legal Group LLP

Address    3600 Horizon Drive, Suite 150
         Number      Street

         King of Prussia, PA 19406
         City          State    ZIP Code

Contact phone    (610) 278-6800          Email   logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Mortgage Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  September 20, 2021


Chapter 13 Trustee:  Scott Waterman

Trustee Address:  Chapter 13 Trustee, 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606

Trustee Email:  ecfmail@reeadingch13.com


Debtor's Counsel Name:  Vincent Rubino, Esquire

Debtor's Counsel Address:  712 Monroe Street, PO Box 511, Stroudsburg, PA 18360

Debtor's Counsel Email:  VRubino@newmanwilliams.com


Debtor's Name:  Edward Steven Mebs, II a/k/a II Edward Steven Mebs a/k/a II Edward Mebs a/k/a Edward Mebs a/k/a Edward S. Mebs a/k/a Edward Steven Mebs

Debtor's Mailing Address: 2529 Gila Drive, Easton, PA 18040


Debtor's Name:  Bruna Trotte Portella Mebs

Debtor's Mailing Address: 2529 Gila Drive, Easton, PA 18040


/s/ Kristen D. Little
Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com
20-065638